Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NUMBER: 6:18-PO-0718-JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE INITIAL APPEARANCE; AND ORDER THEREON |
| PATRICIA N. FOLK, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Patricia FOLK, that the initial appearance in the above-captioned matter set for May 7, 2019 be continued to May 21, 2019 at 10:00 a.m. Ms. Folk is requesting additional time to obtain her driver's license after which the parties may reach an agreement for resolution.

Dated: May 2, 2019 /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: May 2, 2019 /S/ Patricia Folk
Patricia N. Folk
Defendant

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the May 7, 2019, initial appearance for Patricia Folk, Case *6:18-PO-00718-JDP*, is continued to May 21, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE