Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA N. FOLK,<br><br>Defendant. | DOCKET NUMBER: 6:18-PO-0718-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Patricia FOLK, that the status conference in the above-captioned matter set for September 25, 2019 be continued to October 29, 2019 at 10:00 a.m. Ms. Folk has a court appearance on Monday, September 23, 2019 in Los Banos, California to address the status of her driver's license. As her ability to obtain a driver's license may impact the resolution in this matter, the parties are requesting a continuance of the status conference.

Dated: September 20, 2019     /S/ Susan St. Vincent
                              Susan St. Vincent
                              Legal Officer
                              Yosemite National Park

Dated: September 20, 2019      /S/ Patricia Folk
                              Patricia N. Folk
                              Defendant

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the September 25, 2019, status conference for Patricia Folk, Case *6:18-PO-00718-JDP*, is continued to October 29, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 23, 2019                                        _____
                                                                                                  UNITED STATES MAGISTRATE JUDGE