Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA N. FOLK,<br><br>Defendant. | DOCKET NUMBER: 6:18-po-0718-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Patricia FOLK, that the status conference in the above-captioned matter set for October 29, 2019 be continued to December 3, 2019 at 10:00 a.m. Ms. Folk had to travel to Oregon to care for an ailing family member and plans to return to California at the end of November. The parties have reached an agreement for resolution and anticipate a change of plea on December 3, 2019.

Dated: October 25, 2019    /S/ Susan St. Vincent
                           Susan St. Vincent
                           Legal Officer
                           Yosemite National Park

Dated: October 25, 2019    /S/ Patricia Folk
                           Patricia N. Folk
                           Defendant

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the October 29, 2019 status conference for Patricia Folk, Case *6:18-po-00718-JDP*, is continued to December 3, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __October 29, 2019__  _____
UNITED STATES MAGISTRATE JUDGE