Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:18-po-00718-JDP |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TO PAY DEADLINE; AND ORDER THEREON |
| PATRICIA FOLK, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Sean Anderson, paralegal specialist for the National Park Service, and Defendant Patricia Folk, by and through her attorney of record, Benjamin A. Gerson, that the to-pay deadline in the above-captioned matter be extended to June 17, 2020, due to financial hardships incurred by the COVID-19 pandemic of 2020.

Dated:  April, 13, 2020          /S/ Sean Anderson
                                 Sean Anderson
                                 Paralegal Specialist
                                 Yosemite National Park

Dated:  April 13, 2020           /S/ Benjamin A. Gerson
                                 Benjamin A. Gerson
                                 Attorney for Defendant
                                 Patricia Folk

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the to-pay deadline for Patricia Folk, Case *6:18-mj-00718-JDP*, is extended to June 17, 2020.

IT IS SO ORDERED.

Dated:   April 14, 2020

UNITED STATES MAGISTRATE JUDGE

2